# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | TEOFILO GOMEZ |
| **Case Number:** | 4:09-BK-11668-EWH     **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 03, 2009 02:00 PM   COURTROOM 206 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | EUNICE STROUD |

### *Matter:*

HEARING REGARDING STANDING OF MOVANT RE: MOTION FOR RELIEF FROM STAY FILED ON BEHALF OF U.S. NATL/FEMLT 2006-FF14*.

**R / M #:**   29 / 0

### *Appearances:*

TEOFILO GOMEZ, DEBTOR
ROCHELLE FOX, ACTING AS INTERPRETER
LEONARD J. MCDONALD, ATTORNEY FOR U.S. NATL/FEMLT 2006-FF14*, Appearing by telephone

### *Proceedings:*

Court asks when debtor last made a mortgage payment and Ms. Fox translates.

Mr. Gomez asks which home the court is asking about.

Mr. McDonald responds that the address is 1769 E. Daniella Drive, Queen Creek, AZ.

Mr. Gomez responds, with Ms. Fox interpreting, that he applied for a loan modification.  Because he is in bankruptcy the bank told him he has to wait until after the bankruptcy is discharged to continue with the modification.

Mr. McDonald states typically you do not have to wait to discuss the loan modification.

There is a conversation between court and Mr. McDonald regarding the standing of MERS.

Court asks Ms. Fox to interpret to the debtor that once the discharge is entered there will be no stay.  The court is not aware of any prohibition for the debtor to discuss a loan modification and suggests the debtor speak with a housing counselor.

Mr. Gomez  explains that he actually started doing a modification with Chase.

COURT:  THE RELIEF IS DENIED.

Copy of M.E. mailed by BNC to:
Teofilo Gomez, Debtor
tlm